UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

              Plaintiff,              Case No. 06-CR-2 (RTR)

  v.

ROBERT BRIDGES,

              Defendant.

### ORDER GRANTING LEAVE FOR DISMISSAL OF INDICTMENT

Upon the government's request and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS HEREBY ORDERED** that leave of the court is granted for the filing of the forgoing dismissal without prejudice of the indictment in the above-referenced matter against the defendant, Robert Bridges.

**SO ORDERED** this 7th day of June 2006.

                                      s/ Rudolph T. Randa
                                      HONORABLE RUDOLPH T. RANDA
                                      Chief United States District Judge